899 A.2d 299

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CLIFFORD L. HOLLAND, DEFENDANT–
PETITIONER.

May 3, 2006.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing consistent with *State v. Ellis,* 346 *N.J.Super.* 583, 788 *A.*2d 849 (App.Div.2002).

899 A.2d 299

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MARVIN ROMERO, DEFENDANT–PETITIONER.

May 3, 2006.

ORDERED that the petition for certification is granted, limited solely to defendant's sentence. On that issue, the matter is summarily remanded to the trial court for resentencing in light of *State v. Abdullah,* 184 *N.J.* 497, 507–508, 878 *A.*2d 746 (no presumptive term for murder).